UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
MTV NETWORKS, etc.,

                        Plaintiff,

           -against-                                10 Civ. 0370 (LAK)

PROGRAM PARTNERS, INC.,

                        Defendant.
------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff's motion for leave to amend the complaint [DI 10] is granted although this ruling does not resolve any issues as to the sufficiency of the proposed amended pleading, a matter best left to subsequent proceedings.

        SO ORDERED.

Dated:     November 15, 2010

                                                  Lewis A. Kaplan
                                               United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/10